383 P.3d 138

Marisa K. PICKETT, Claimant–Appellee/Appellant,

v.

CHEESECAKE FACTORY RESTAURANTS, INC., Employer–Appellant/Appellee,

and

American Zurich Insurance Company, Insurance Carrier–Appellant/Appellee,

and

Gallagher Bassett Services, Inc., Insurance Adjuster–Appellant/Appellee

NO. CAAP-15-0000593

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 31, 2016.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD

(CASE NO. AB 2014–126 (DCD NO. 2–12–01648))

MEMORANDUM OPINION

Vacate. Remand.

383 P.3d 138

TITLE GUARANTY ESCROW SERVICES, INC., a Hawaii corporation, Plaintiff–Appellee,

v.

WAILEA RESORT COMPANY, LTD., a Hawaii corporation, Defendant/Cross–Claim Defendant/Cross–Claim Plaintiff/Appellee,

and

Michael J. Szymanski, Defendant/Cross–Claim Plaintiff/Cross–Claim Defendant/Third–Party Plaintiff/Third–Party Counterclaim–Defendant/Appellant,

and

John Does 1–50; Jane Does 1–50; Doe Partnerships 1–50; Doe Entities 1–50; Doe Governmental Units 1–50, Defendants

NO. CAAP–12–0000711

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 31, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

(CIVIL NO. 02-1-0352(2))

MEMORANDUM OPINION

Affirmed.